THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Dean C. Grayson, Appellant.
 
 
 

Appeal From Richland County
  James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-456
 Submitted July 7, 2004  Filed August 26, 2004

APPEAL DISMISSED

 
 
 
 
 Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, 
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka 
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Dean C. Grayson appeals his 
 conviction for murder arguing the trial judge failed to advise him that by entering 
 a plea of guilty he waived his right to confront his accuser.  Graysons counsel 
 attached to the brief a petition to be relieved as counsel, stating that he 
 had reviewed the record and concluded this appeal lacks merit.  Grayson did 
 not file a separate pro se brief. After a thorough review of the 
 record and counsels brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss [1] Graysons appeal 
 and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument 
 pursuant to Rule 215, SCACR.